Order entered October 3 , 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00439-CV

### KIMZEY WASH, LLC, Appellant

### V.

### LG AUTO LAUNDRY, LP, Appellee

**On Appeal from the 429th District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02079-2010**

## ORDER

The Court has before it appellant's October 1, 2012 unopposed motion to extend time to file appellant's reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by October 29, 2012.

ELIZABETH LANG-MIERS
JUSTICE